Case No. _____

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

NATURAL RESOURCES DEFENSE COUNCIL, INC.; SIERRA CLUB;
CONSUMER FEDERATION OF AMERICA; and MASSACHUSETTS
UNIONOF PUBLIC HOUSING TENANTS,

Petitioners,

v.

U.S. DEPARTMENT OF ENERGY and DAN BROUILLETTE, in his official
capacity as Secretary of the United States Department of Energy,

Respondents.

## PETITION FOR REVIEW
### of a final rule of the U.S. Department of Energy

Gabriel Daly
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-4671
gdaly@nrdc.org

Nancy S. Marks
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-4414
nmarks@nrdc.org

*Counsel for Natural Resources
Defense Council*

Timothy Ballo
Earthjustice
1001 G Street, NW, Suite 100
Washington, DC 20001
(202) 667-4500 ext. 5209
tballo@earthjustice.org

*Counsel for Sierra Club, Consumer
Federation of America, and Massachusetts
Union of Public Housing Tenants*

Dated: December 29, 2020

## PETITION FOR REVIEW

Pursuant to Federal Rule of Appellate Procedure 15, 5 U.S.C. § 702 et seq., and

Section 336(b)(1) of the Energy Policy and Conservation Act, 42 U.S.C. § 6306(b)(1),

the Natural Resources Defense Council, Sierra Club, the Consumer Federation of

America, and the Massachusetts Union of Public Housing Tenants hereby petition

this Court to review and set aside the final rule of the U.S. Department of Energy

titled "Energy Conservation Program: Establishment of a New Product Class for

Residential Dishwashers," published in the Federal Register at 85 Fed. Reg. 68,723 on

October 30, 2020.

A copy of the challenged final rule is attached to this petition as Exhibit A.


Dated: December 29, 2020        Respectfully submitted,

/s/ *Gabriel Daly*
Gabriel Daly
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-4671
gdaly@nrdc.org

Nancy S. Marks
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-4414
nmarks@nrdc.org

*Counsel for Natural Resources Defense Council*

Timothy Ballo
Earthjustice
1001 G Street, NW, Suite 100
Washington, DC 20001
(202) 667-4500 ext. 5209
tballo@earthjustice.org

*Counsel for Sierra Club, Consumer Federation of America, and Massachusetts Union of Public Housing Tenants*

**FEDERAL RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Petitioners Natural Resources Defense Council, Inc. (NRDC), Sierra Club,

Consumer Federation of America, and Massachusetts Union of Public Housing

Tenants are non-profit organizations with no parent corporation and no outstanding

stock shares or other securities in the hands of the public. Petitioners do not have any

parent, subsidiary, or affiliate that has issued stock shares or other securities to the

public. No publicly held corporation owns any stock in Petitioners.


Dated: December 29, 2020          /s/ *Gabriel Daly*
                                  Gabriel Daly
                                  Natural Resources Defense Council
                                  40 West 20th Street
                                  New York, NY 10011
                                  (212) 727-4671
                                  gdaly@nrdc.org

                                  Nancy S. Marks
                                  Natural Resources Defense Council
                                  40 West 20th Street
                                  New York, NY 10011
                                  (212) 727-4414
                                  nmarks@nrdc.org

                                  *Counsel for Natural Resources Defense Council*

                                  Timothy Ballo
                                  Earthjustice
                                  1001 G Street, NW, Suite 100
                                  Washington, DC 20001
                                  (202) 667-4500 ext. 5209
                                  tballo@earthjustice.org

                                  *Counsel for Sierra Club, Consumer Federation of*
                                  *America, and Massachusetts Union of Public*
                                  *Housing Tenants*