# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-4256

**Caption [use short title]:** NRDC v. U.S. DOE

**Motion for:** abeyance and extension of time in which to file administrative record

**Set forth below precise, complete statement of relief sought:**

The government respectfully moves to place this matter in abeyance with status reports due at 60-day intervals, and to extend the deadline to file the administrative record until 30 days after the agency completes its review of the challenged rule

**MOVING PARTY:** U.S. DOE
- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [✓] Appellee/Respondent

**OPPOSING PARTY:** NRDC, et al.

**MOVING ATTORNEY:** Amanda L. Mundell

**OPPOSING ATTORNEY:** see attached sheet

[name of attorney, with firm, address, phone number and e-mail]

U.S. DOJ, Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Washington D.C. 20530
Amanda.L.Mundell@usdoj.gov; 202-514-3469

**Court-Judge/Agency appealed from:** Petition for review of U.S. Department of Energy rule

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:

**Signature of Moving Attorney:** Amanda L. Mundell    **Date:** 02/08/21    **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# COUNSEL FOR PETITIONERS

**Representing NRDC:**

Gabriel Jackson Daly
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
Email: gdaly@nrdc.org

Nancy Sharman Marks
Natural Resources Defense Council
11th Floor
40 West 20th Street
New York, NY 10011
Email: nmarks@nrdc.org

**Representing petitioners Sierra Club, Consumer Federation of America, and Massachusetts Union of Public Housing Tenants:**

Timothy D. Ballo
Earthjustice
Suite 1000
1001 G Street, NW
Washington, DC 20001
Email: tballo@earthjustice.org

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Petitioner, <br><br> v. <br><br> U.S. DEPARTMENT OF ENERGY, et al., <br><br> Respondents. | No. 20-4256 |

## UNOPPOSED MOTION TO HOLD PETITION FOR REVIEW IN ABEYANCE AND EXTEND DEADLINE TO FILE ADMINISTRATIVE RECORD

This petition for review involves a regulation issued by the U.S. Department of Energy (DOE) that established a new product class for residential dishwashers. *See* 85 Fed. Reg. 68,723 (Oct. 30, 2020).

1. On January 20, 2021, President Biden issued Executive Order No. 13,990, directing the heads of all agencies, including DOE, to "immediately review all existing regulations . . . issued . . . between January 20, 2017, and January 20, 2021, that . . . may be inconsistent with, or present obstacles to" the Executive Order's stated environmental objectives. Exec. Order No. 13,990 § 2(a), 86 Fed. Reg. 7,037 (Jan. 25, 2021). The Order states that the heads of agencies "shall, as appropriate and consistent with applicable law, consider suspending, revising, or rescinding the agency actions." *Id.* The Order further provides that within "30 days of the date of this

order," agency heads "shall submit to the Director of the Office of Management and Budget (OMB) a preliminary list of any actions being considered pursuant to . . . [the] order that would be completed by December 31, 2021," and "[w]ithin 90 days of the date of this order," agency heads "shall submit to the Director of OMB an updated list of any actions being considered . . . that would be completed by December 31, 2025." *Id.* § 2(b).

2. On the same day, the White House published a list of agency actions that heads of certain agencies "will review in accordance with the Executive Order," and included among them the rule challenged by this petition. *See* Fact Sheet: List of Agency Actions for Review (Jan. 20, 2021), https://www.whitehouse.gov/briefing-room/statements-releases/2021/01/20/fact-sheet-list-of-agency-actions-for-review/.

3. DOE is in the process of complying with Executive Order 13,990 to review the challenged regulation. To allow the agency sufficient time to complete its review, the government respectfully moves to place this matter in abeyance, with status reports due at 60-day intervals. The government further requests that this Court extend the deadline to file the administrative record, currently due February 8, 2021, until 30 days after the agency has completed its review.

Petitioner has authorized us to state that this motion is unopposed.

Respectfully submitted,

MICHAEL S. RAAB
(202) 514-4053

<u>  /s/ **Amanda L. Mundell**            </u>
Amanda L. Mundell
(202) 514-3469
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7236
   Washington, D.C.  20530

FEBRUARY 2021

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 375 words.

/s/ Amanda L. Mundell
AMANDA L. MUNDELL

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

/s/ Amanda L. Mundell
AMANDA L. MUNDELL
