**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., | |
| Petitioners, | No. 20-4256 |
| v. | |
| U.S. DEPARTMENT OF ENERGY, et al., | |
| Respondents. | |
| STATE OF CALIFORNIA, et al., | |
| Petitioners, | No. 20-4285 |
| v. | |
| U.S. DEPARTMENT OF ENERGY, et al., | |
| Respondents. | |

**PETITIONERS' STAY STATUS UPDATE LETTER**

On April 21, 2022, this Court granted Petitioners' motion to hold the above-captioned cases in abeyance pending the Fifth Circuit Court of Appeals' decision in *State of Louisiana, et al. v. U.S. Dept. of Energy, et al.*, 5th Cir. Case No. 22-60146. *See* Order of April 21, 2022 (ECF No. 82). The Court directed Petitioners to file stay status update letters in 60-day intervals. *Id.* Pursuant to this Court's Order, Petitioners respectfully submit the following stay status update letter.

1

As of the date of this filing, the State of Louisiana's petition remains pending at the Fifth Circuit Court of Appeals. Oral argument was heard on March 8, 2023. The Fifth Circuit Court of Appeals allowed the parties to submit additional declarations. The parties have submitted those declarations. However, the matter remains pending.

Pursuant to this Court's Order, Petitioners will continue to file status update letters in 60-day intervals, with the next such letter due August 21, 2023.

Dated:  June 20, 2023                    Respectfully Submitted,

                                         FOR THE STATE OF CALIFORNIA

                                         ROB BONTA
                                         Attorney General of California

                                         /s/ Taylor Wetzel
                                         TAYLOR WETZEL
                                         Deputy Attorney General
                                         LAURA J. ZUCKERMAN
                                         Supervising Deputy Attorney General
                                         Office of the Attorney General
                                         1300 I Street
                                         Sacramento, CA 95814
                                         (916) 210-7832
                                         Taylor.wetzel@doj.ca.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

DANIEL SALTON
Assistant Attorney General
State of Connecticut
Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5250
Daniel.Salton@ct.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

GERALD KARR
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enf.
Asbestos Litigation Div.
Jason E. James
Assistant Attorney General
Office of the Attorney General
69 W. Washington St., 18th Floor
Chicago, IL 60602
(312) 814-0660
Jason.james@ilag.gov

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General of Maine

KATHERINE E. TIERNEY
Assistant Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8897
Katherine.Tierney@maine.gov

FOR THE COMMONWEALTH OF
MASSACHUSETTS

ANDREA JOY CAMPBELL
Attorney General

I. ANDREW GOLDBERG
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2429
andy.goldberg@mass.gov

FOR THE PEOPLE OF THE STATE OF
MICHIGAN

DANA NESSEL
Attorney General

ELIZABETH MORRISSEAU
Assistant Attorney General
Environment, Natural Resources, and
Agriculture Division 6th Floor G. Mennen
Williams Building
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
MorrisseauE@michigan.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General

PETER FARRELL
Assistant Attorney General
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 757-1424
peter.farrell@ag.state.mn.us

FOR THE STATE OF NEVADA

AARON D. FORD
Attorney General

HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3594
HStern@ag.nv.gov

FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
Attorney General

WILLIS A. DOERR
Deputy Attorney General
Division of Law
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, NJ 08625
(609) 376-2761
Willis.Doerr@law.njoag.gov

FOR THE STATE OF NEW MEXICO

HECTOR H. BALDERAS
Attorney General

WILLIAM G. GRANTHAM
Assistant Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
(505) 717-3520
wgrantham@nmag.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

MICHAEL J. MYERS
Senior Counsel

LISA S. KWONG
TIMOTHY HOFFMAN
Assistant Attorneys General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2422
Lisa.Kwong@ag.ny.gov
Timothy.Hoffman@ag.ny.gov

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

PAUL A. GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4540
Steve.Novick@doj.state.or.us

FOR THE STATE OF VERMONT

CHARITY R. CLARK
Attorney General

LAURA B. MURPHY
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
laura.murphy@vermont.gov

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

STEPHEN SCHEELE
Assistant Attorney General
Washington State Attorney General's
Office
P.O. Box 40109
Olympia, WA 98504
(360) 586-6500
Steve.Scheele@atg.wa.gov

FOR THE CITY OF NEW YORK

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel

HILARY MELTZER
Chief, Environmental Law Division
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2070
hmeltzer@law.nyc.gov

FOR THE NATURAL RESOURCES
DEFENSE COUNCIL

*/s/ Katherine Desormeau (by permission)*
KATHERINE DESORMEAU
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
kdesormeau@nrdc.org

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

CAROLINE S. VAN ZILE
Solicitor General

GRAHAM E. PHILLIPS
Deputy Solicitor General
Office of the Solicitor General

Office of the Attorney General
for the District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6647
Graham.Phillips@dc.gov

FOR SIERRA CLUB, CONSUMER
FEDERATION OF AMERICA, and
MASSACHUSETTS UNION OF PUBLIC
HOUSING TENANTS

*/s/ Timothy Ballo (by permission)*
Timothy Ballo
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500 ext. 5209
tballo@earthjustice.org

6

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2023, I electronically filed the foregoing with the

Clerk of the Court for the United States Court of Appeals for the Second Circuit by

using the CM/ECF system. I certify that all participants in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Kristi Dykstra*
KRISTI DYKSTRA
Legal Secretary
Office of the Attorney General
1300 I Street, 15th Floor
Sacramento, CA 95814
(916) 210-6361
Kristi.Dykstra@doj.ca.gov