Dep't of Energy
336B1
85 Fed. Reg. 68723

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand twenty-four.

Present:
>   Dennis Jacobs,
>   Richard J. Sullivan,
>   William J. Nardini,
>       *Circuit Judges*.

---

Natural Resources Defense Council, et al.,

>   *Petitioners*,

v.                                              20-4256 (L),
                                                20-4285 (Con)

United States Department of Energy, et al.,

>   *Respondents*.

---

The Competitive Enterprise Institute ("CEI") and FreedomWorks Foundation move to intervene and to dismiss the petitions for review as moot. The Petitioners move for the Court to continue holding the petitions in abeyance. Upon due consideration, is hereby ORDERED that the motion to intervene is GRANTED, the motion to dismiss is DENIED, and the motion to continue holding the petitions in abeyance is GRANTED. Petitioners are directed to inform the Court, within 70 days after any new rule related to the current petitions is published in the Federal Register, what further proceedings are intended in these matters. The denial of the motion to dismiss is without prejudice to renewal by the Intervenors or any other party within 21 days after the Petitioners' new filing is docketed.

>   FOR THE COURT:
>   Catherine O'Hagan Wolfe, Clerk of Court

