MANDATE

Dep't of Energy
336B1
85 Fed. Reg. 68723
85 Fed. Reg. 81359

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-five.

Present:

Myrna Pérez,
Sarah A. L. Merriam,
Maria Araújo Kahn,
*Circuit Judges*.

---

Natural Resources Defense Counsel, et al.,

*Petitioners*,

v.

United States Department of Energy, et al.,

*Respondents*,

Competitive Enterprise Institute,

*Intervenor*.

20-4256 (L);
20-4285 (Con)

---

State of California, et al.,

*Petitioners*,

v.

United States Department of Energy, et al.,

*Respondents*.

21-108 (L);
21-428 (Con);
21-564 (Con)

---

MANDATE ISSUED ON 10/07/2025

In the proceedings consolidated under 2d Cir. 20-4256 and 20-4285, the Petitioners move to dismiss the petitions for review without prejudice to reinstatement by January 31, 2029. Intervenor the Competitive Enterprise Institute ("CEI") moves to dismiss the petitions as moot and to amend the caption to eliminate FreedomWorks Foundation as an intervenor. Respondents consent to dismissal of the petitions but oppose the request for permission to reinstate them before January 2029, arguing the petitions are moot and should be dismissed. In the proceedings consolidated under 2d Cir. 21-108, 21-428, and 21-564, Petitioners also move to dismiss the petitioners for review without prejudice to reinstatement by January 31, 2029. Respondents have not responded to those motions.

Upon due consideration, it is hereby ORDERED that Petitioners' motions to dismiss without prejudice to reinstatement in 2d Cir. 20-4256 and 20-4285 are DENIED. It is further ORDERED that CEI's motion to dismiss in 2d Cir. 20-4256 and 20-4285 is GRANTED because the petitions for review are moot. *Nat'l Org. for Marriage, Inc. v. Walsh*, 714 F.3d 682, 692 (2d Cir. 2013); *see also Doe v. McDonald*, 128 F.4th 379, 385 (2d Cir. 2025) (stating repeal of a "challenged provision" moots an appeal challenging the provision). Petitioners' motion to dismiss without prejudice to reinstatement in 2d Cir. 21-108, 21-428, and 21-564 is DENIED and the petitions for review are DISMISSED as moot.

CEI's motion to amend the caption is GRANTED. The Clerk of Court is respectfully directed to amend the caption in the proceedings docketed under 2d Cir. 20-4256 and 20-4285 to conform to this order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit